

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose Velasquez **MARTINEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

    The State's motion for extension of time to file its brief is GRANTED. Appellee's brief is due September 20, 2022.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court